NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PRIMESOURCE BUILDING PRODUCTS, INC.,**
*Plaintiff-Appellee*

v.

**UNITED STATES, JOSEPH R. BIDEN, JR., PRESIDENT OF THE UNITED STATES, GINA M. RAIMONDO, SECRETARY OF COMMERCE, CHRISTOPHER MAGNUS, COMMISSIONER OF U.S. CUSTOMS AND BORDERPROTECTION, UNITED STATES CUSTOMS AND BORDER PROTECTION, DEPARTMENT OF COMMERCE,**
*Defendants-Appellants*

---

**OMAN FASTENERS, LLC, HUTTIG BUILDING PRODUCTS, INC., HUTTIG, INC.,**
*Plaintiffs-Appellees*

v.

**UNITED STATES, JOSEPH R. BIDEN, JR., PRESIDENT OF THE UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, CHRISTOPHER MAGNUS, COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION, DEPARTMENT OF COMMERCE, GINA M. RAIMONDO, SECRETARY OF COMMERCE,**
*Defendants-Appellants*

———————————

2021-2066, 2021-2252

———————————

Appeals from the United States Court of International Trade in Nos. 1:20-cv-00032-TCS-JCG-MMB, 1:20-cv-00037-TCS-JCG-MMB, 1:20-cv-00045-TCS-JCG-MMB, Senior Judge Timothy C. Stanceu, Judge Jennifer Choe-Groves, Judge M. Miller Baker.

———————————

# O R D E R

On January 5, 2023, the United States, Joseph R. Biden, Jr., Gina M. Raimondo, Christopher Mangus, the United States Customs and Border Protection, and the United States Department of Commerce ("Defendants-Appellants") filed an entry of appearance for Kenneth S. Kessler. The court found the entry of appearance to be non-compliant. Pursuant to the court's notice of non-compliance, failure to timely file a corrected version may result in the document being stricken. As the Defendants-Appellants have failed to timely respond to the court's notice,

IT IS ORDERED THAT:

The entry of appearance for Kenneth S. Kessler is stricken.

FOR THE COURT

January 17, 2023  
Date

/s/ Peter R. Marksteiner  
Peter R. Marksteiner  
Clerk of Court