**FORM 9. Certificate of Interest**                                  Form 9 (p. 1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF INTEREST

| | |
|---|---|
| **Case Number** | 21-2066 |
| **Short Case Caption** | PrimeSource Building Products, Inc. v. US |
| **Filing Party/Entity** | PrimeSource Building Products, Inc. |

> **Instructions:** Complete each section of the form.  In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.  **Please enter only one item per box; attach additional pages as needed and check the relevant box**.  Counsel must immediately file an amended Certificate of Interest if information changes.  Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 01/31/2023

Signature:  /s/ Jeffrey S. Grimson

Name:  Jeffrey S. Grimson

FORM 9. Certificate of Interest

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| PrimeSource Building Products, Inc. | N/A | PriSo Acquisition Corporation |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

☐    Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐  None/Not Applicable          ☐  Additional pages attached

| | | |
|---|---|---|
| James C. Beaty<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>1717 Pennsylvania Avenue NW #1300, Washington, DC 20006 | Wenhui (Flora) Ji<br>Akin Gump Strauss Hauer & Feld LLP<br>2001 K St. NW, Washington, DC 20006 | |
| | | |
| | | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☐  None/Not Applicable          ☑  Additional pages attached

| | | |
|---|---|---|
| Oman Fasteners, LLC v. United States, Cons. Appeal No. 21-2066 (Fed. Cir.) | USP Holdings, Inc. v. United States, Appeal No. 21-1726 (Fed. Cir.) | |
| Approx. 12 Ct. of Int'l Trade cases challenging Proclamation 9980, including the following: | Astrotech Steels Private Ltd. v. United States, No. 20-46 (Ct. Int'l Trade) | Trinity Steel Private Ltd. v. United States, No. 20-47 (Ct. Int'l Trade) |
| New Supplies Co., Inc., et al., v. United States, No. 20-48 (Ct. Int'l Trade) | Aslanbas Nail & Wire Co., et al., v. United States, No. 20-49 (Ct. Int'l Trade) | J. Conrad LTD v. United States, Court No. 20-52 (Ct. Int'l Trade) |

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑  None/Not Applicable          ☐  Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

FORM 9. Certificate of Interest

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐  None/Not Applicable          ☐  Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☐  None/Not Applicable          ☑  Additional pages attached

| | | |
|---|---|---|
| Metropolitan Staple Corp. v. United States, Court No. 20-53 (Ct. Int'l Trade) | SouthernCarlson, Inc., et al., v. United States, No. 20-56 (Ct. Int'l Trade) | Tempo Global Resources, LLC v. United States, No. 20-66 (Ct. Int'l Trade) |
| Farrier Product Distribution, Inc. v. United States, No. 20-98 (Ct. Int'l Trade) | Geekay Wires Ltd. v. United States, No. 20-118 (Ct. Int'l Trade) | Hilti, Inc. v. United States, No. 21-216 (Ct. Int'l Trade) |
| Home Depot USA, Inc. v. United States, No. 22-14 (Ct. Int'l Trade) | Approx. 3 Ct. of Int'l Trade cases challenging Proclamation 9772, including the following: | Acemar Intermetal USA LLC v United States, Court No. 20-129 (Ct. Int'l Trade) |

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☐  None/Not Applicable          ☐  Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐   None/Not Applicable      ☐   Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☐   None/Not Applicable      ☐   Additional pages attached

| | | |
|---|---|---|
| ME Global, Inc. v. United States, No. 20-130 (Ct. Int'l Trade) | Intermetal Rebar LLC v. United States, No. 20-167 (Ct. Int'l Trade) | |
| | | |
| | | |

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☐   None/Not Applicable      ☐   Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |