

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

May 23, 2023

Meen Geu Oh
United States Department of Justice
Commercial Litigation Branch, Civil Division
PO Box 480
Ben Franklin Station
Washington, DC 20044

Re:   PrimeSource Building Products, Inc. v. US - Appeal No. 21-2066

Dear Counsel:

The court invites a response from Appellants to the petition for rehearing en banc filed by the Appellees in this matter.

Please file the response in accordance with Federal Circuit Rules 35 and 40 on or before June 6, 2023.

Very truly yours,

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

cc:   Jeffrey S. Grimson