NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PRIMESOURCE BUILDING PRODUCTS, INC.,**
*Plaintiff-Appellee*

v.

**UNITED STATES, JOSEPH R. BIDEN, JR., PRESIDENT OF THE UNITED STATES, GINA M. RAIMONDO, SECRETARY OF COMMERCE, TROY MILLER, ACTING COMMISSIONER OF U.S. CUSTOMS AND BORDERPROTECTION, UNITED STATES CUSTOMS AND BORDER PROTECTION, DEPARTMENT OF COMMERCE,**
*Defendants-Appellants*

---

2021-2066

---

Appeal from the United States Court of International Trade in No. 1:20-cv-00032-TCS-JCG-MMB, Senior Judge Timothy C. Stanceu, Judge Jennifer Choe-Groves, Judge M. Miller Baker.

---

**OMAN FASTENERS, LLC, HUTTIG BUILDING PRODUCTS, INC., HUTTIG, INC.,**
*Plaintiffs-Appellees*

v.

**UNITED STATES, JOSEPH R. BIDEN, JR.,**

**PRESIDENT OF THE UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, TROY MILLER, ACTING COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION, DEPARTMENT OF COMMERCE, GINA M. RAIMONDO, SECRETARY OF COMMERCE,**
*Defendants-Appellants*

_____

2021-2252

_____

Appeal from the United States Court of International Trade in Nos. 1:20-cv-00037-TCS-JCG-MMB, 1:20-cv-00045-TCS-JCG-MMB, Senior Judge Timothy C. Stanceu, Judge Jennifer Choe-Groves, Judge M. Miller Baker.

_____

**ON MOTION**

_____

Before TARANTO, CHEN, and STOLL, *Circuit Judges.*

PER CURIAM.

**O R D E R**

PrimeSource Building Products, Inc. moves to stay issuance of the mandate.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

June 27, 2023　　　　/s/ Jarrett B. Perlow
　　Date　　　　　　　Jarrett B. Perlow
　　　　　　　　　　　Acting Clerk of Court